**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:22CR94** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **RAYMOND A. BUTLER, JR.** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on defendant's Unopposed Motion to Continue Trial [61].   Counsel needs additional time to negotiate a plea agreement. The undersigned magistrate judge finds good cause to grant the continuance. Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [61] is granted, as follows:

1. The jury trial now set for February 7, 2023, is continued to **April 18, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 18, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted without counsel for the parties requesting a hearing before the undersigned magistrate judge.**

 DATED:  January 26, 2023

BY THE COURT:


s/ Michael D. Nelson
**United States Magistrate Judge**